In the Matter of ANDREW A. VANORE, Respondent, against MARY IMMACULATE HOSPITAL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 25, 1941; decided March 13, 1941.

*A. S. Hore, Jr.*, for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.